NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001019
12-MAR-2013
08:19 AM

NO. CAAP-12-0001019

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
MILES MARTINEZ, Defendant-Appellee,
and
RICK TRINQUE, Defendant.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 12-1-0105)

ORDER GRANTING APPELLANT STATE OF HAWAI'I'S
MARCH 1, 2013 MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of Plaintiff-Appellant State of Hawai'i's
Motion to Dismiss Appeal, the papers in support, and the records
and files herein,

IT IS HEREBY ORDERED that the motion to dismiss appeal
is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 12, 2013.

Chief Judge

Associate Judge

Associate Judge